

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 15, 2017**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Lloyd Eugene Ward | § | CASE NO. 14-32939-bjh |
| | § | (Chapter 7) |
| DEBTOR | § | |

MICHAEL FRANK, DANA BLOCK, GREG BURKE, JESSICA CASEY, VICTORIA CASTILLO, JEREMY COZART, JOHNNY KEEL, VALLERY MANN, JO MINAYA, BRIAN PARKER, CHRISTOPHER PITRE, TIM CARR, CODDI DEAN, and JOHN NELSON AND ROBERT YAQUINTO, CHAPTER 7 TRUSTEE §§§§§§§§

       Plaintiffs, § ADVERSARY NO. 15-03050

v.

**LLOYD WARD**

       Defendant.

# **FINAL JUDGMENT**

The trial of the above-captioned adversary proceeding (the "**Adversary Proceeding**") commenced on December 12, 2016, and concluded on December 14, 2016. Subsequently, on January 26, 2017, the Court entered its Memorandum Opinion (Doc. 146) containing the Court's findings of fact and conclusions of law. Based upon the evidence presented during the trial of this Adversary Proceeding, and for the reasons fully explained in the Memorandum Opinion, which are incorporated herein, the Court concludes that the Debtor's discharge shall be denied pursuant to 11 U.S.C. § 727(a)(4)(A) and 11 U.S.C. § 727(a)(5).

Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 7058, it is hereby

ADJUDGED that the Debtor's discharge should be and therefore is DENIED.


SO ORDERED.

### End of Order###


AGREED AS TO FORM:


/s/ Charles W. Branham, III
Charles W. Branham, III
Texas Bar No. 24012323
BRANHAM LAW, LLP
3900 Elm Street
Dallas, Texas 75226
214-722-5990
214-722-5991 (fax)
tbranham@dobllp.com

/s/ James S. Brouner
James S. Brouner
Texas Bar No. 03087285
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4902 phone
jbrouner@weisbartlaw.net

COUNSEL FOR LLOYD E. WARD