James S. Brouner
Texas Bar No. 03087285
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4902 Phone
jbrouner@weisbartlaw.net

COUNSEL FOR LLOYD EUGENE WARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>LLOYD EUGENE WARD<br><br>   Debtor<br>_____<br>MICHAEL FRANK, DANA BLOCK, GREG BURKE, JESSICA CASEY, VICTORIA CASTILLO, JEREMY COZART, JOHNNY KEEL, VALLERY MANN, JO MINAYA, BRIAN PARKER, CHRISTOPHER PITRE, TIM CARR, CODDI DEAN AND JOHN NELSON AND ROBERT YAQUINTO, CHAPTER 7 TRUSTEE<br><br>   Plaintiffs<br><br>vs.<br><br>LLOYD EUGENE WARD<br><br>   Defendant | CIVIL ACTION NO.<br><br>3:17-CV-0692-G |

## AMENDED NOTICE OF APPEAL

Lloyd Eugene Ward, the defendant in the matter below, pursuant to 28 U.S.C. 158(d), hereby appeals to the United States Court of Appeals for the Fifth Circuit from that certain

*Judgment* of the United States District Court for the Northern District of Texas on March 15, 2018, at docket no. 20 including, to the extent necessary, that certain *Memorandum Opinion and Order* entered by the District Court on March 15, 2019, at docket no. 19.

The parties to this appeal, and their counsel of record, are as follows:

**Appellant (Defendant below)**:

Lloyd Eugene Ward

Represented by:

James S. Brouner
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4902 Phone
jbrouner@weisbartlaw.net

**Appellees (Plaintiffs below):**

Robert Yaquinto, in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Lloyd Eugene Ward
Michael Frank
Dana Block
Jessica Casey
Victoria Castillo
Jeremy Cozart
Johnny Keel
Vallery Mann
Jo Minaya
Brian Parker
Christopher Pitre
Tim Carr
Coddi Dean
John Nelson

Represented by:

Charles W. Branham, III
DEAN OMAR & BRANHAM, LLP
302 N. Market Street, Suite 300
Dallas, Texas 75202
(214) 722-5990
tbranham@dobllp.com

RESPECTFULLY SUBMITTED this 16th day of April 2018.

        By:  /s/ James S. Brouner
             James S. Brouner
             Texas Bar No. 03087285
             12770 Coit Road, Suite 541
             Dallas, Texas 75251
             (972) 628-4902 Phone
             jbrouner@weisbartlaw.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's ECF system on all parties requesting notice in this proceeding on April 16, 2018, including the individuals identified below.

Charles W. Branham, III
Dean, Omar & Branham, LLP
302 N. Market Street, Suite 300
Dallas, Texas 75202
tbranham@dobllp.com

             /s/ James S. Brouner
             James S. Brouner